| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>DIAZ, ALBERT | 2. Court or Organization<br><br>FOURTH CIRCUIT | 3. Date of Report<br><br>6/10/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>CIRCUIT JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>227 West Trade St. Suite 1600<br>Charlotte, NC 28202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member | Contracts Law Drafting Committee, National Conference of Bar Examiners |
| 2. | Board of Advisors | Wake Forest University School of Law Journal of Law & Policy |
| 3. | Board of Advisors | George Mason University School of Law Judicial Education Program |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2006 | Judicial Retirement Plan; receiving annual pension from the state of North Carolina for prior service as a state trial judge. |
| 2. | 2006 | Medical Insurance Coverage; receiving health care coverage from the state of North Carolina for prior service as a state trial judge. |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Multistate Bar Exam Contracts Drafting Committee, National Conference of Bar Examiners, stipend | $7,000.00 |
| 2. | 2013 | North Carolina Judicial Retirement | $21,046.44 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Carolinas HealthCare System, salary |
| 2. | 2013 | Mecklenburg County, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | 4/07/13 to 4/09/13 | New York, NY | Judge Moot Court competition | Transportation, meals, hotel |
| 2. | Cornell University School of Law | 4/12/13 to 4/14/13 | Ithaca, NY | Judge Moot Court competition | Transportation , meals, hotel |
| 3. | National Conference of Bar Examiners | 4/18/13 to 4/20/13 | Tucson, Arizona | Attend contracts law committee meeting | Transportation, meals, hotel |
| 4. | National Conference of Bar Examiners | 9/5/13 to 9/7/13 | Philadelphia, PA | Attend contracts law committee meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 6/10/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | George Mason University School of Law | 11/17/13 to 11/19/13 | Arlington, VA | Attend Educational Program & Advisory Board Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 6/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | North Carolina College Foundation, Inc. | Plus Education Loans | J |
| 2. | Marshall Associate, LP | Rental Agreement (Guarantor) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 6/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Primecap Fund Admiral IRA | C | Dividend | L | T | | | | | |
| 2. Vanguard 500 Index Fund Admiral IRA | B | Dividend | L | T | | | | | |
| 3. T. Rowe Price Mid Cap Growth Fund IRA | A | Dividend | J | T | Sold (part) | 6/10/13 | J | | |
| 4. T. Rowe Price Short Term Bond Fund IRA | A | Dividend | | | Sold | 2/11/13 | J | | |
| 5. T. Rowe Price Prime Reserve Fund | | None | J | T | | | | | |
| 6. Cox & Dodge International Stock Fund 401K | A | Dividend | | | Sold | 9/30/13 | L | | |
| 7. Vanguard Total Stock Market Index Signal Fund 401K | A | Dividend | | | Sold | 9/30/13 | L | | |
| 8. Carolinas Healthcare System Retirement Plan | C | Int./Div. | | | Sold | 10/18/13 | K | | |
| 9. T. Rowe Price Capital Appreciation Fund IRA | B | Dividend | K | T | | | | | |
| 10. USAA Insurance Co. Subscriber's Account | | None | J | T | | | | | |
| 11. Navy Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 12. JP Morgan Smart Retire 2025 Fund 401K | C | Dividend | | | Buy | 10/1/13 | M | | |
| 13. | | | | | Sold | 11/5/13 | M | | |
| 14. Prudential NC Large Cap Growth Fund 401K | | None | M | T | Buy | 11/4/13 | K | | |
| 15. | | | | | Buy (add'l) | 11/18/13 | L | | |
| 16. Prudential NC Global Equity Fund 401K | | None | M | T | Buy | 11/4/13 | K | | |
| 17. | | | | | Buy (add'l) | 11/18/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 6/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

The dates provided for the sale of the JP Morgan Smart Retire 2025 Fund account and the Carolinas Healthcare System Retirement Plan account are approximate, as these were rollovers of retirement accounts. I do not have the precise dates on which the fund/plan cut the rollover checks.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALBERT DIAZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544